# Third District Court of Appeal
## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0098
Lower Tribunal Nos. 23-01722, 23-01723, 23-01724

_____

**Mario E. Vazquez,**

Appellant,

vs.

**B & R Supermarket Inc., et al.,**

Appellees.

An Appeal from the State of Florida, Reemployment Assistance Appeals Commission.

Mario E. Vazquez, in proper person.

Katie E. Sabo, Appellate Counsel (Tallahassee), for appellee Reemployment Assistance Appeals Commission.

Before EMAS, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ryals v. State, Unemployment Appeals Comm'n</u>, 722 So. 2d 845, 846 (Fla. 2d DCA 1998) ("[W]here a claimant does not challenge the sufficiency of the [referee's] findings, but only offers a different version of the facts, there is no legal error.").